**Willie Joe STURKEY, a/k/a Willie Sturkey, a/k/a Willie J. Sturkey, Plaintiff–Appellant,**

v.

**Jon OZMINT, Director SCDC; Michael Matthew, SCDC Division of Records; Ms. Watta, Paymaster; Warden Bazzle, Perry Correctional Institution, in their individual capacity; Mrs. F. Ogunsile, a/k/a Felicia Ogunsile, Case Manager, Perry Correctional Institution; Mrs. Nfn Roof, Financial Accountant, Defendants–Appellees.**

he "was arrested by the Greensboro Police Department ... for Felony Possession With Intent to Sell and Deliver Marijuana...."

338

No. 09–6535.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2010.

Decided: March 1, 2010.

Willie Joe Sturkey, Appellant Pro Se. Nathaniel Heyward Clarkson, III, Amy Miller Snyder, Clarkson Walsh Terrell & Coulter, PA, Greenville, South Carolina, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Joe Sturkey appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sturkey v. Ozmint,* No. 8:07–cv–01502–MBS, 2009 WL 649569 (D.S.C. Mar. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*